UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | MAGISTRATE ACTION NO. C-09-405 |
| | § | |
| RAUL SANCHEZ-MORALES | § | |

### MEMORANDUM OPINION AND ORDER OF DETENTION PENDING TRIAL

A detention hearing has been held in accordance with the Bail Reform Act, 18 U.S.C. § 3142(f). The following requires detention of the defendant pending trial in this case:

(1) There is a serious risk that the defendant will not appear for court as required; and

(2) There is a serious risk that the defendant will endanger the safety of he another person or the community.

The evidence against the defendant meets the probable cause standard. The defendant was driving a car which contained illegal aliens. The material witnesses stated that they had made arrangements to be smuggled into the United States, and after walking through the brush for several days, the defendant approached them and told them to get into his car. The findings and conclusions contained in the Pretrial Services Report are adopted. The defendant has no status to live or work in the United States and faces deportation if convicted. He is a flight risk.

The defendant is committed to the custody of the Attorney General or his

designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The defendant shall be afforded a reasonable opportunity for private consultation with defense counsel. On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility shall deliver the defendant to the United States marshal for the purpose of an appearance in connection with a court proceeding.

    ORDERED this 13th day of May, 2009.

_____
B. JANICE ELLINGTON
UNITED STATES MAGISTRATE
JUDGE